IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN WILBANKS, JR., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | |
| vs. ) | 3:25-cv-00136-LMM |
| ) | |
| SERGEANT JAY HOLLOWAY, and ) | **Jury Trial Demanded** |
| DEPUTY MICHAEL YARBROUGH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE
## OF KAREN E. WOODWARD

COMES NOW KAREN E. WOODWARD of the law firm of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP, and hereby enters her appearance as counsel of record for Defendants Sergeant Jay Holloway, and Deputy Michael Yarbrough. Undersigned Counsel requests that she be copied on all court filings, pleadings, notices, orders, and other documents in this case. All pleadings, notices, orders, and other documents required to be served on Defendants Sergeant Jay Holloway, and Deputy Michael Yarbrough shall be directed to:

Karen E. Woodward
**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**
Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
kwoodward@cmlawfirm.com

4936-3193-5578, v. 2

- 2 -

Respectfully submitted this 4th day of August, 2025.

        **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

        */s/ Karen E. Woodward*
        Karen E. Woodward
        Georgia Bar No. 775260
        Email:  kwoodward@cmlawfirm.com
        Direct Dial:  404-881-2623

        *(Attorneys for Defendants)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

4936-3193-5578, v. 2

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

This 4th day of August, 2025.

                                                **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

                                                */s/ Karen E. Woodward*
                                                Karen E. Woodward
                                                Georgia Bar No. 775260

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF ENTRY OF APPEARANCE OF KAREN E. WOODWARD** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
james@slater.legal

*(Attorneys for Plaintiff)*

This 4th day of August, 2025.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260