UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN WILBANKS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT JAY HOLLOWAY,<br>et ano.,<br><br>    Defendants. | Civil Action No. 3:25-cv-136-LMM |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiff John Wilbanks, Jr. files his Certificate of Interested Persons and Corporate Disclosure Statement and certifies as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. John Wilbanks, Jr.

    b. Sergeant Jay Holloway

    c. Deputy Michael Yarbrough

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: N/A.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    For the Plaintiff:    James M. Slater
                                    Slater Legal PLLC
                                    2296 Henderson Mill Rd NE #116
                                    Atlanta, Georgia 30345

    For Defendants:    Karen E. Woodward Cruser,
                                    Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
                                    Meridian II, Suite 2000
                                    275 Scientific Drive
                                    Peachtree Corners, GA 30092

Dated: August 13, 2025

                                                          Respectfully submitted,

                                                          */s/ James M. Slater*
                                                          James M. Slater
                                                          Georgia Bar No. 169869
                                                          Slater Legal PLLC
                                                          2296 Henderson Mill Rd NE #116
                                                          Atlanta, Georgia 30345
                                                          Tel. (404) 458-7283
                                                          james@slater.legal

                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: August 13, 2025.

                                              */s/ James M. Slater*
                                              James M. Slater
                                              Georgia Bar No. 169869