# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN WILBANKS, JR, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| SERGEANT JAY HOLLOWAY and DEPUTY ) | CIVIL ACTION FILE |
| MICHAEL YARBROUGH, ) | NO.: |
| ) | |
| Defendants. ) | 3:25-CV-00136-LMM |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Having read and considered the Consent Motion for Extension of Time to Respond to Complaint filed by Defendants Sergeant Jay Holloway and Deputy Michael Yarbrough with the consent of Plaintiff John Wilbanks, Jr., the Consent Motion is GRANTED. IT IS HEREBY ORDERED that Defendants Sergeant Jay Holloway and Deputy Michael Yarbrough shall have until October 27, 2025, to file an Answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED, this ____ day of _____, 2025.

_____
JUDGE LEIGH MARTIN MAY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA