IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN WILBANKS, JR, <br><br> Plaintiff, <br> vs. <br><br> SERGEANT JAY HOLLOWAY and DEPUTY MICHAEL YARBROUGH, <br><br> Defendants. | CIVIL ACTION FILE NO.: <br><br> 3:25-CV-00136-LMM |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Having read and considered the Consent Motion for Extension of Time to Respond to Complaint filed by Defendants Sergeant Jay Holloway and Deputy Michael Yarbrough with the consent of Plaintiff John Wilbanks, Jr., the Consent Motion is GRANTED. IT IS HEREBY ORDERED that Defendants Sergeant Jay Holloway and Deputy Michael Yarbrough shall have until December 8, 2025, to file an Answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED, this 24th day of October, 2025.

_____
JUDGE LEIGH MARTIN MAY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA