UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN WILBANKS, JR., <br><br> Plaintiff, <br><br> v. <br><br> SERGEANT JAY HOLLOWAY, et ano., <br><br> Defendants. | Civil Action No. 3:25-cv-136-LMM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff John Wilbanks, Jr. voluntarily dismisses this action with prejudice, with each party to bear their own fees and costs.

Dated: January 14, 2026

                Respectfully submitted,

                */s/ James M. Slater*
                James M. Slater
                Georgia Bar No. 169869
                Slater Legal PLLC
                2296 Henderson Mill Rd NE #116
                Atlanta, Georgia 30345
                Tel. (404) 458-7283
                james@slater.legal

                *Attorneys for Plaintiff John Wilbanks, Jr.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: January 14, 2026.

                                          */s/ James M. Slater*
                                          James M. Slater
                                          Georgia Bar No. 169869